# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN J. BANK,<br><br>　　　　　Plaintiff,<br>v.<br><br>KAREN BENNET-HARON,<br><br>　　　　　Defendant. | CASE NO.: 2:13-CV-00891-RCJ-CWH<br><br>**ORDER** |

Before the Court is the Report and Recommendation (#2) entered on May 29, 2013. Plaintiff filed his Objection to Magistrate Judge's Report and Recommendation on June 3, 2013.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#2) entered on May 29, 2013 is adopted and accepted.

///

///

///

///

///

1    IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is
2 GRANTED, the Clerk of the Court shall file the Complaint (#1-1).
3    IT IS FURTHER ORDERED that Complaint (#3) is DISMISSED WITH PREJUDICE.
4    IT IS SO ORDERED.
5    Dated: This 10TH day of July, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE